U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 9 2009

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID OWEN WATSON | : DOCKET NO. 2:06-cv-1784 |
| VS. | : JUDGE MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

Before the court is Plaintiff's Motion for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA). [Doc. 13]. This matter has been referred to the undersigned magistrate judge for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

By judgment dated August 26, 2008, this matter was reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). [Doc 12]. Thus, Plaintiff qualifies as a prevailing party. Plaintiff's attorney seeks fees of $1,953.00 (9.80 hours at $125.00 per hour for attorney fees and 11.20 hours at $65.00 per hour for paralegal fees). Counsel has submitted appropriate documentation of both attorney and paralegal hours spent on this case. Doc. 13-1. Further, the Commissioner has filed no opposition to counsel's request for fees.

The hourly rate for EAJA attorney fees is set forth in 28 U.S.C. § 2412(d)(2)(A), which states that reasonable attorneys fees:

> shall be based upon prevailing market rates for the kind and quality of the services furnished ....,except that ... attorneys fees shall not be awarded in excess of $125 per hour unless the court determines that an increase in the cost of living or a special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee.

With regard to paralegal fees, the Supreme Court recently held that a prevailing party that satisfies EAJA's other requirements may recover its paralegal fees from the Government at prevailing market rates. *Richlin Sec. Serv. Co. v. Chertoff*, __ U.S. __, 128 S. Ct. 2007, 2019, 170 L. Ed. 2d 960 (2008).

Here, counsel avers that he billed attorney's fees at $125.00 per hour and paralegal fees at $65.00 per hour. As neither of these fees exceeds the statutorily prescribed rate of $125.00 per hour for attorney's fees, and the government does not oppose any aspect of counsel's request, this court finds the motion well taken.

Accordingly, it is RECOMMENDED that Plaintiff's application for EAJA fees be granted and that fees be fixed at $1,953.00.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers, Lake Charles, Louisiana, January 9, 2009

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE