RECEIVED
IN LAKE CHARLES, LA
MAR 3 1 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID OWEN WATSON** | : | **DOCKET NO. 2:06-cv-1784** |
| VS. | : | JUDGE MINALDI |
| **COMMISSIONER OF SOCIAL SECURITY** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's application for EAJA fees be granted that the fees be fixed at $1,953.00.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE